UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD PAUL SMITH, JR., | ) | Case No. EDCV 12-92 GHK(JC) |
| Petitioner, | ) | (~~PROPOSED~~) JUDGMENT |
| v. | ) | |
| TIMOTHY BUSBY, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  5/8/15

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE